UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3213, 15-1119, 13-3672, 13-4288, 14-2577, 14-2662, 15-1156 (Con.)     Caption [use short title]

**Motion for:** Oversized Brief, and to file part of
Appendix Under Seal

UNITED STATES V. SCHLEGEL (BROOKS AND HATFIELD)

Set forth below precise, complete statement of relief sought:

Defendant-Appellant Sandra Hatfield moves for

an order permitting her to file an oversized brief

in this appeal, in which the trial record exceeds

21,500 pages, and there was extensive post-trial

litigation. Defendant-Appellant Hatfield also moves

for permission to file a part of her Appendix under seal.

**MOVING PARTY:** Sandra Hatfield     **OPPOSING PARTY:** United States

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Roland Riopelle, Esq.     **OPPOSING ATTORNEY:** Christopher Caffarone, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Sercarz & Riopelle, LLP     U.S. Attorney's Office, Eastern District of New York

810 Seventh Avenue, New York, NY 10019     610 Federal Plaza, Central Islip, NY 11722

(212) 586-4900/rriopelle@sercarzandriopelle.com     (631) 715-7900/christopher.caffarone@usdoj.gov

**Court-Judge/Agency appealed from:** US District Court, EDNY/Hon. Joanna Seybert

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

N/A

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**
_____ **Date:** Nov. 24, 2015     Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------X

UNITED STATES OF AMERICA     :

    -v-              :     Dkt. No. 15-1118, 13-3213, 13-3672,
                                   13-4288, 14-2577, 14-2682, 15-1156 (Con.)

SANDRA HATFIELD         :     DECLARATION

                           :
            Defendant.
-----------------------------------------------------X

ROLAND G. RIOPELLE, an attorney duly admitted to practice in the Second Circuit, hereby swears under penalty of perjury as follows:

1.     I am a partner in the Firm of Sercarz & Riopelle, LLP ("S&R"), which represents the Defendant Sandra Hatfield in the above captioned appeal. I make this declaration in support of Hatfield's unopposed motions to file an oversized brief of up to 25,000 words, and to file a small part of the Appendix in this matter under seal. I have spoken to AUSA Christopher Caffarone concerning this motion, and he has informed me that the United States Attorney's Office does not oppose this motion.

2.     The trial of this matter lasted eight months, and was extraordinarily complex. The trial record in this matter exceeds 21,500 pages. Numerous counts sounding in securities fraud, mail and wire fraud and obstruction of justice were at issue during the trial of this matter, which lasted from January 2010 to September 2010. In addition to the trial record, Defendant-Appellant Hatfield's appeal addresses issues relating to the record in this case prior to trial and post-trial. Numerous orders issued by the District Court prior to the commencement of the trial, during the trial and post-trial will be addressed in the Defendant-Appellant's brief.

3.     I have been working diligently on the brief in this matter, and I have now prepared a draft of the brief which includes just under 25,000 words. I expect to receive

comments on this draft from my client, and that may add some words to it, but I am confident that I will be able to file a brief of 25,000 words or less, in connection with Defendant-Appellant Hatfield's appeal. Our brief is due to be filed on December 17, 2015.

4.      In addition, certain issues which I will address in my brief concern parts of the trial record that was sealed by the District Judge. I propose to file those parts of the trial record in a separate volume of the Appendix, and I respectfully request that the Court order that volume of the Appendix be filed under seal. There is no reason to file that part of the Appendix in the public record relating to this appeal.

5.      As noted above, the United States Attorney's Office consents to both aspects of this application.

WHEREFORE, Defendant-Appellant Sandra Hatfield respectfully requests permission to file an oversized brief in this matter of up to 25,000 words, and to file one volume of her appendix under seal.

Dated:  November 24, 2015
        New York, New York

ROLAND G. RIOPELLE
Sercarz & Riopelle, LLP
810 Seventh Avenue, Suite 620
New York, NY 10019
212-586-4900
rriopelle@sercarzandriopelle.com